PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                                   CASE NO.: 22-41130-ELM-13

**ERIC RICHARD PENMAN**
   3500 SUTTER CT
   FORT WORTH, TX 76137
   SSN/TIN: XXX-XX-4418

**DEBTOR**                                                          **HEARING: DECEMBER 5, 2024 AT 8:30 AM**

### TRUSTEE'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

    NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Modification of Chapter 13 Plan after Confirmation under 11 U.S.C. Section 1329. The Trustee would respectfully show the Court:

1. This Modification is to increase the amount to be paid pro rata to allowed, non-priority unsecured creditors from $15,406.80 to $77,616.96 after payment of the Trustee's fee and administrative expenses because of a change in circumstances according to the 2023 tax return.

2. Debtor's Plan Payment will increase beginning JANUARY 19, 2025 to $2,708.00 for final 29 months for plan base of $94,032.00 in 60 months.

3. All other provisions as set forth in the last confirmed plan remain the same.

                                                                      Respectfully submitted,

                                         By:     /s/ Ethan S. Cartwright
                                                         Ethan S. Cartwright, Staff Attorney
                                                         Bar No. 24068273
                                                         PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                         Bar No. 01344800
                                                         860 Airport Freeway, Ste 150
                                                         Hurst, TX 76054
                                                         (817) 916-4710 Phone

**NOTICE OF HEARING**

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room, 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video:**

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone:**

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

Eric Richard Penman
3500 Sutter Ct
Fort Worth, TX  76137