PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                            CASE NO.: 22-41130-ELM-13

**ERIC RICHARD PENMAN**
    3500 SUTTER CT
    FORT WORTH, TX 76137
    SSN/TIN: XXX-XX-4418

**DEBTOR**                                                             HEARING: FEBRUARY 6, 2025 at 8:30 AM

## NOTICE OF CONTINUED HEARING ON PLAN MODIFICATION

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright

ERIC RICHARD PENMAN
3500 SUTTER CT
FORT WORTH, TX 76137